**Servando CRUZ–CAMACHO; Maria De Jesus Mora, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–76652.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 14, 2007.

Philippe Dwelshauvers, Esq., Fresno, CA, for Petitioners.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, Steven J. Saltiel, Esq., USSF—Office of the U.S. Attorney, San Francisco, CA, for Respondent.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Servando Cruz–Camacho and Maria de Jesus Mora petition for review of the BIA's denial of their motion to reopen. We have jurisdiction under 8 U.S.C. § 1252(a), and we deny the petition. The BIA correctly denied the motion as untimely, and certainly did not abuse its discretion by doing so. *See* 8 C.F.R. § 1003.2 (providing time limit); *Lara–Torres v. Ashcroft,* 383 F.3d 968, 972 (9th Cir.2004) (reciting the standard of review). Petitioners have not asserted, much less established, eligibility for equitable tolling. *See Iturribarria v. INS,* 321 F.3d 889, 897 (9th Cir.2003).

**PETITION DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

